Dr. Mahnaz Salem
10600 Wilshire Blvd # 433
Los Angeles, CA 90024
(424) 354-6899
In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., et al.<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>MAHNAZ SALEM, et.al.<br><br>　　　　　Respondent/Defendant | Case No.: 2:21-CV-01619-DMG-KS<br><br>**DEFENDANT MAHNAZ SALEM OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**REQUEST FOR IMPOSITION OF SANCTION**<br><br>**REQUEST FOR PRELIMINARY INJUNCTION AGAINST PERKIN ELMER, et.al.**<br><br>Date: April 23, 2021<br>Time: 10:00 a.m.<br>Ctrm: 8C |

Defendant/Respondent Dr. Mahnaz Salem (hereinafter refer to as: Mahnaz Salem) hereby opposes to Plaintiff's Motion for Preliminary Injunction as follows:

1.                     **INTRODUCTION**

The above entitled case was filed by Plaintiff out of ill will as briefly described in Defendant's Answer. Plaintiff continued its breaches, including solicitation of information upon filing of the Answer. Now comes that Plaintiff is seeking information it has previously obtained illegally, including request for injunction from the Honorable Court to abuse the case as it was also informed of Defendant's having no intention to file a Demurrer nor to enter into any Stipulation or to offer any settlement. Plaintiff was invited to participate in discovery arrangements, and to schedule a conference prior to the deadline as ordered by the Honorable Court. In its current Motion, Plaintiff has repeatedly explained about the information it has previously stated in its frivolous Complaint. Plaintiff has cited various case laws previously filed at the US District Courts, including citing various CA State laws. Notwithstanding all of the above, Plaintiff has used a totally inappropriate language in its pleading same as the language used in all of the previous pleadings, depositions, and discovery materials which were either filed by the Defendant via the attorneys in concert with Plaintiff's network or the cases filed against the Defendant for an Auto Tort claim (Scraper vs. Salem) which was orchestrated by the same network as the Defendant was performing her job within the scope of her employment at that time according to her survey records in contrast with medical visits scheduled for Plaintiff Scraper to demonstrate injuries entered by Defendant. Defendant has found no pleadings or publications in the forms of direct or indirect used as she has studied significantly on various US Court cases and various other materials published on the medias, including repeated calling ups of a character drawn by an obsessed individual back in early 1994 and copying of totally defamatory writings of another obsessed individual in concert with the one above. Defendant hereby announces the above two individuals as everyone might be aware of their identities the most obsessed individuals during the 30 years of Defendant's employment history, as this is now the 30th year that the above network has abused the Defendant and have orchestrated number of scenarios to involve District Attorney, Attorney Generals, including office of the US Presidents. As the Chinese astrologic signs have been repeatedly used to

defame Defendant's character, including her family members' characters, Defendant now would like to allude to the same pointing out to "Two Tigers causing a Ship to fall apart with their obsessions". Defendant would like to excuse from the Honorable Court to attach the above publications, as she finds it quite Embarrassing. However, she can sufficiently provide to the Honorable Court on a private session as to how many drawings of spines, brains, burned bodies, etc. she has received on her communication devices as early as 1997 by the above network having crocodile tears using Republican parties. Defendant hereby requests immediate relief from the Honorable Court to have the above be ended for the Defendant, including her immediate family members.

2.  **FACTS**

Defendant was solicited by an individual (named as the main Defendant on the US District Court case no: 2:20-cv-08432 DDP-JEM, dismissed prior to be properly amended) back in 1991 to direct a program for pandemic HIV. As the organization was totally corrupt prior to her joining the above, and due to highly fraudulent activities of the owner, she left and upon her travel to the US, she was informed about the above individual's partner calling Defendant an attacker to their religion, which up to this 30th year, Defendant finds the above accusation totally unsubstantiated and defamatory. However, now comes that the Defendant finds the allegations of the above suspended firm's actions and inactions being a political issue rather than only a "Pure Fraud". Defendant finds the totally behavioral issues of the network stealing her Social Security and assigning her with a character which does not belong to her an issue before this Court, and requests the Honorable Court to order all activities on Defendant's current Social Security completely be muted and Judgment against Perkin Elmer et.al be entered in favor of the Defendant as there should be an end to this 30 years of abuse.

As stated briefly in Defendant's Answer, Testing Company had been in complete concert with Plaintiff, which was realized by the Defendant when information she communicated upon Testing Company's request to assist them (also in how to be able to report CT values for their COVID-19 testing as it was requested by one of their clients). As soon as the Testing Company became

aware of Plaintiff's being inspected by CDPH, the CEO again and same as other prior personnel alluded to Defendant's being a Mad Cow and stated that he was suspicious of CDPH suddenly sending his laboratory some State forms to be completed and returned. Testing Company then orchestrated a plan to breach into Defendant's personal belongings, and subsequently orchestrated the same scenario as Plaintiff when Defendant started to find its "Condition Out Non-Compliance" upon review and analysis of the data clearly showing its reporting false positive results for the COVID-19. Subsequently, several messages and indications was made by several middle people stating that Defendant should sue CDPH as being the owner of the Valencia COVID-19 Laboratory. However, records of Defendant's searches show that Plaintiff has been already involved in Fraud by abusing and overcharging Medicare, including alteration of records when Laboratory FILED Services (Agent of which had no knowledge of Defendant's employment there according to a witness) visited Valencia COVID-19 Laboratory.

Now Plaintiff has attached a bunch of emails to its unsubstantiated Motion as it was alerted of Defendant trying to capture all her records from her emails to maintain and deleting those as those were unnecessary to be kept in duplicate. Using Plaintiff's itself indications, Defendant should have deleted the records. This is the method Defendant has been using as she has encountered number of died devices included with her family, academic, and various other private and personal records, which the above network are completely knowledgeable about those records according to them writing for each other. Defendant will be more than happy to provide the Honorable Court with those devices as she has maintained those as well as monitoring devices at her residential.

### 3. CONCLUSION

Based on the above summary, Defendant hereby requests the Honorable Court to deny Plaintiff's Motion in its entirely, to impose a Monetary Sanction as determined by the Court against Plaintiff for using inappropriate language in its pleading (also as stated in the Proposed Order), to order a Preliminary Injunction against Plaintiff Perkin Elmer to have its entire

devices be examined, and to order Plaintiff to comply with the Court's Initial Standing orders.

DATED: March 27, 2021

_____
Dr. Mahnaz Salem

Dr. Mahnaz Salem
10600 Wilshire Blvd # 433
Los Angeles, CA 90024
(424) 354-6899
In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., et al. <br><br> Plaintiffs <br><br> v. <br><br> MAHNAZ SALEM, et.al. <br><br> Respondent/Defendant | Case No.: 2:21-CV-01619-DMG-KS <br><br> **PROOF OF SERVICE** |

(Opposition to MOTION for PRELIMINARY INJUNCTION) - 1

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT

CASE NAME: *PERKINELMER, etc., et al., v. MAHNAZ SALEM*

CASE NO. 2:21-cv-1619-DMG-KS

I reside in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

My address and telephone number is: 3527 S. CENTINELA AVE Los Angeles CA. 90066 (310)779-7868

On March    ,2021, I caused the following document(s) described as: DEFENDANT'S OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

To be served as follows:

Jackson Lewis P.C.

200 Spectrum Center Drive, Suite 500

Irvine, CA 92618

<u>United States Postal Service</u>

I placed a true copy of the foregoing document(s) in an envelope with sufficient stamp to be mailed to the above address.

**STATE and FEDERAL:** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Juan Martinez

Name                                                                Signature