# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation, PERKINELMER GENETICS, INC., a Pennsylvania Corporation, and PERKINELMER, INC. a Massachusetts Corporation.<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MAHNAZ SALEM, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 21-1619-DMG (KSx)<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO ADVANCE HEARING DATE ON MOTION FOR A PRELIMINARY INJUNCTION [21]** |

The Court has reviewed and considered Plaintiffs PerkinElmer Health Sciences, Inc., PerkinElmer Genetics, Inc. and PerkinElmer, Inc.'s ("PerkinElmer") *ex parte* application to advance the hearing date on their motion for preliminary injunction from April 23, 2021 to April 9, 2021, and Defendant Mahnaz Salem's opposition thereto. For good cause shown, the Court GRANTS the application.

IT IS HEREBY ORDERED THAT the hearing date for Plaintiffs' Motion for Preliminary Injunction shall be advanced from April 23, 2021 to **April 9, 2021 at 11:00 a.m.**

DATED: _April 8, 2021_____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE