James P. Carter (SBN 150052)
James.Carter@jacksonlewis.com
Kelli M. Dreger (SBN 267404)
Kelli.Dreger@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:  (949) 885-1360
Facsimile:   (949) 885-1380

Attorneys for Plaintiff
PERKINELMER HEALTH SCIENCES, INC.,
PERKINELMER GENETICS, INC., and
PERKINLEMER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., a Delaware Corporation, PERKINELMER GENETICS, INC., a Pennsylvania Corporation, and PERKINELMER, INC. a Massachusetts Corporation.<br><br>                    Plaintiffs,<br>      vs.<br><br>MAHNAZ SALEM, an individual; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO.: 2:21-cv-1619-DMG-KS<br>Assigned to the Hon. Dolly M. Gee<br><br>**PERKINELMER HEALTH SCIENCES, INC., PERKINELMER GENETICS, INC. AND PERKINELMER, INC.'S STATUS REPORT REGARDING COMPLIANCE WITH ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STATUS OF LITIGATION**<br><br>Complaint Filed: February 22, 2021 |

TO THE HONORABLE DOLLY M. GEE, HER COURT CLERK, AND TO DEFENDANT:

**Plaintiffs' Position:**

Plaintiffs PerkinElmer Health Sciences, Inc., PerkinElmer Genetics, Inc. and PerkinElmer, Inc. ("PerkinElmer" or "Plaintiffs"), hereby submit their portion of a Joint Report regarding status of Salem's compliance with the April 9, 2021 Order on its Motion for Preliminary Injunction [Dkt. No. 32] as follows:

**Salem has not complied with Order No. 5**. As this Court is aware, Salem was to "turn over to Booz Allen Hamilton, for no more than three business days, any devices in her possess containing data or documents she took from PerkinElmer." Despite several requests to comply with the Court order, she declined to do so. (Attached hereto as Exhibit "A" are emails evidencing those attempts.) Instead she created a new USB, required Plaintiff to pick it up at a certain date and time without any flexibility, refused to meet with Booz Allen Hamilton to provide the stolen data, and refused to provide access to the devices she connected to her PerkinElmer computer.

As indicated in PerkinElmer's Motion for Preliminary Injunction, Salem connected four different devices to her PerkinElmer computer (3 USBs and her iPhone) and she was ordered to turn those over. Instead, she created a fourth USB on April 9, 2021 for Booz Allen Hamilton's analysis.

Despite her defiance, Booz Allen Hamilton completed their analysis of the April 9, 2021 USB on April 26, 2021 which revealed in relevant part:

- Of the 888 files that were identified in the original forensic examination of Salem's PerkinElmer Computer ("Original Report"), 884 were on the newly created USB.
- She had *an additional 618 files* that were not included in the Original Report.

(Attached hereto as Exhibit "B" is a redacted version of that report.)

The Court also required Salem to access her personal email and cloud-based

storage accounts from January 11, 2021 to present so that Booz Allen Hamilton could collect that data. She has refused to do so.

As a result, PerkinElmer respectfully requests that the Court set an Order to Show Cause as to why it should not find Ms. Salem in Contempt.

**Defendant's Position:**

Dated: April 30, 2021  JACKSON LEWIS P.C.

/s/ *Kelli M. Dreger*
James P. Carter
Kelli M. Dreger

Attorneys for Plaintiffs
PERKINELMER HEALTH SCIENCES, INC., PERKINELMER GENETICS, INC., and PERKINLEMER, INC.