| | | | |
|---|---|---|---|
| Case No. | CV 21-1619-DMG (KSx) | Date | June 15, 2021 |
| Title | PerkinElmer Health Sciences, Inc., et al. v. Mahnaz Salem | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY ORDER PERMITTING E-FILING SHOULD NOT BE REVOKED AS TO *PRO SE* DEFENDANT [16]**

On March 15, 2021, Defendant Mahnaz Salem, who is proceeding *pro se*, filed an application for permission for electronic filing. [Doc. # 13.] The application noted, among other things, that Defendant had reviewed Local Rule 5-4.1.1, pertaining to electronic filing for *pro se* litigants. The application also advised that if Defendant's use of the Court's e-filing system is unsatisfactory, Defendant's "e-filing privileges may be revoked and [Defendant] will be required to file documents in paper, but will continue to receive documents via e-mail." *Id.* The Court granted Defendant's application for *pro se* electronic filing on March 18, 2021. [Doc. # 16.]

On June 10, 2021, the Court received notice that its text only scheduling notice [Doc. # 52] was not deliverable to Defendant's email address on file as the email address associated with Defendant has been deleted. [*See* Doc. # 53.]

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** by no later than **June 29, 2021** why Defendant's e-filing privileges should not be revoked for failure to comply with Local Rules 5-4.1.1 and 41-6 ("A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address . . . ."). Failure to timely or satisfactorily respond by that date shall result in the revocation of Defendant's e-filing privileges. The Clerk is **DIRECTED** to serve this Order to Show Cause by mail to Defendant's last known mailing address.

**IT IS SO ORDERED**.