**MAHNAZ SALEM**
**10600 Wilshire Blvd # 433**
**Los Angeles, CA 90024**
**(424) 354-6899**
**mahrokhjavadi@aol.com**
**In Pro Per**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| PERKINELMER HEALTH SCIENCES et.al<br><br>Plaintiffs<br><br>vs.<br><br>MAHNAZ SALEM<br><br>Defendant | **Case No.: 2:21-cv-1619-DMG-KS**<br><br>**DEFENDANT'S A DECLARATION TO OPPOSE TO PLAINTIFF'S REPLY**<br><br>**ASSIGNED FOR ALL MATTERS TO:**<br>**Honorable Dolly Gee**<br><br>Hearing Date: February 18, 2022 |

Comes now Defendant Mahnaz Salem hereby declares to the following to support her position :

1

1- I, Mahnaz Salem declare as follows:

If called as a witness, I would competently to all facts set forth below which are within my personal knowledge, except where upon information and belief.

2- I make this declaration in support of my opposition to Plaintiff's Motion for Summary Adjudication and its Reply.

Plaintiff's desperation is quite evident by failing to pay attention to the Court's previously order indicating that Defendant has no data in her possession. Regardless, it fails to state where the data had been used or where did it bring the CDAFA from this time. Therefore, it's current Motion is baseless in its entirely. This pattern of abusing and betting on animal being a money printing machine is nothing new. Consequently, it's current desperation stems from failing to go after it's Quality Department Manager requesting from the Defendant to copy data to assist them from home and its IT Department's failure to troubleshoot connectivity issues brought to their attention repeatedly. Furthermore, it's junk data it was cited at Condition level deficiencies with as it was also outlined identically by the Defendant, could be in no use for the Defendant in order for her to look good assuming she took those to a competitor. Finally, it fails to indicate it's malicious "off the record" stipulation with the press almost identically to what occurred at Scraper vs. Salem by the same network. Defendant for sure reserves her right to end up to this bizarre 30 years of abuse (not for being a victim of the system everyone having their own life and enjoyment and no one on paint, book, opinion, and museums except the Defendant being called as nobody starting with her 1991 employment where she was pulled into this minute to minute barbecuing by Parviz Shahbazi one of those and the most obsessed individuals up to the present who must pay the price due to his abuses no matter where he got the full support from.

In order to demonstrate any valid demand for liability against the Defendant, Plaintiff refers to her obtaining employments at two different testing laboratories, including previous employments (those gainful ones she was circulated when publications were circulated), which not only show Defendant's repeated thrives to continue being a hardworking female individual, but also fails to state repeated scenarios she had to deal with when paying out of pocket to work and be embarrassed now and each day before, a group of professionals inappropriately involved to determine what she is suitable for after 30+ years of working. Moreover, it does not state the source it's obtaining and stealing information from concerning Defendant's obtaining employment, and pursue other litigation. After Plaintiff's malicious communication with the network it has been in concert with regarding previously filed two cases at the State Courts by network of attorneys filing and circulating cases having subject matters which should have been argued at DISTRICT COURT levels and abusing the Defendant being at one side and millions on

the other side as also occurred from 2002, it suggests a deciding not at its level but the Judicial Officer level.

Finally, for the Defendant with the character given to her, there should be no jury except a Federal Judge with jurisdictions, as it was also determined by the Court ordering the matter to be argued absent any jury.

Considering all the above and the baseless Complaint and current Motion, Defendant has no case.

I declare under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: February 06, 2022

Mahnaz Salem

Defendant, In Pro Per
