JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., et al., | Case No. CV 21-1619-DMG (KSx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MAHNAZ SALEM, | |
| Defendant. | |

-2-

This Court having granted Plaintiffs PerkinElmer Health Sciences, Inc., PerkinElmer Genetics, Inc., and PerkinElmer, Inc.'s motion for summary judgment, dated February 22, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant Mahnaz Salem.  Defendant is ORDERED to pay $20,935 in damages to Plaintiffs.  Defendant is permanently enjoined from copying, using, disclosing, or accessing documents or files containing information that she took from PerkinElmer.

DATED: February 24, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE